JAMES McQUAY, Appellant, v. MOTOR TRUCK RENTING CORPORATION, Respondent, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES S. PEABODY and Another, Respondents, v. EDMUND J. LEVINE and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ORLANDO BATTAGLIA, Appellant, v. A. L. RANDALL COMPANY, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SOLOMON ESKENAZI, Appellant, v. JOSEPH MORRIS, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ISAAC ESKENAZI, an Infant, etc., Appellant, v. JOSEPH MORRIS, Respondent. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB GLASSER and Another, Appellants, v. ASSOCIATION OF DRESS MANUFACTURERS, INC., Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL PELSNER, Appellant, v. HARRIS GRUBERMAN, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANK SEIDEN, Appellant, v. ELLA SEIDEN, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT L. BEVERLY, Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATRICK MADIGAN, Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN HEIFERMAN, Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM ARMSTRONG, Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK FEMENELLA, Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of MANUFACTURERS TRUST COMPANY, Respondent, v. GRANITE SPRINGS ESTATES, INC., and Another, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FEIWELL AUERBACH, Respondent, v. WILLIAM M. BARRETT, as President, etc., Appellant.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.